# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SUNFLOWER MANAGEMENT**
**HOLDING COMPANY, LLC, ET AL.**                          **PLAINTIFFS**

**VS.**                               **CIVIL ACTION NO. 4:19-CV-144-SA-JMV**

**CHICOT MEMORIAL MEDICAL CENTER**                    **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This case is before the Court pursuant to L.U.Civ.R. 16(b)(3)(B). Rule 16(b)(3)(B) provides:

> [f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

Defendant filed a motion [24] to dismiss for lack of personal jurisdiction on August 14, 2020. Accordingly, the proceedings listed above, along with the case management conference, are STAYED pending a ruling on the jurisdictional motion.

**SO ORDERED** this 27th day of August, 2020.

                                                 /s/ Jane M. Virden
                                                 U.S. Magistrate Judge